UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
MONROE DIVISION

| | |
|---|---|
| **RENATA MARIE DAGGS** | **CASE NO. 3:20-CV-00440** |
| **VERSUS** | **JUDGE TERRY A. DOUGHTY** |
| **OCHSNER L. S. U. HEALTH SYSTEM OF NORTH LOUISIANA** | **MAG. JUDGE KAYLA D. MCCLUSKY** |

# J U D G M E N T

The Report and Recommendation of the Magistrate Judge having been considered, no objections thereto having been filed, and finding that same is supported by the law and the record in this matter,

IT IS ORDERED that defendant Ochsner LSU Health System of North Louisiana's motion to dismiss for failure to state a claim upon which relief can be granted [doc. # 5] is DENIED-IN-PART, as to plaintiff's claims for disability discrimination under Title I of the ADA, for interference and retaliation under the FMLA, and for discrimination and retaliation under Title VII, together with her parallel remedies under the LEDL.

IT IS FURTHER ORDERED that defendant Ochsner LSU Health System of North Louisiana's motion to dismiss for failure to state a claim upon which relief can be granted [doc. # 5] is hereby GRANTED-IN-PART, DISMISSING:  1) WITHOUT PREJUDICE, plaintiff's claims against defendant that fall within the exclusive jurisdiction of the workers' compensation act; and 2) WITH PREJUDICE any remaining claim not specifically excepted above.

IT IS FURTHER ORDERED that defendant Ochsner LSU Health System of North Louisiana's alternative motion for more definite statement [doc. # 5] is DENIED.

Monroe, Louisiana, this 8th day of March, 2021.

_____
TERRY A. DOUGHTY
UNITED STATES DISTRICT JUDGE