UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
MONROE DIVISION

**RENATA MARIE DAGGS**                    **CASE NO. 3:20-CV-00440**

**VERSUS**                                **JUDGE TERRY A. DOUGHTY**

**OCHSNER L. S. U. HEALTH SYSTEM**        **MAG. JUDGE KAREN L. HAYES**
**OF NORTH LOUISIANA**

# J U D G M E N T

The Report and Recommendation of the Magistrate Judge having been considered, together with the written objections thereto filed with this Court, and, after a de novo review of the record, finding that the Magistrate Judge's Report and Recommendation is correct,

IT IS ORDERED that defendant Ochsner LSU Health System of North Louisiana's motion to dismiss for failure to state a claim upon which relief can be granted [doc. # 5] is DENIED-IN-PART, as to plaintiff's claims for disability discrimination under Title I of the ADA, for interference and retaliation under the FMLA, and for discrimination and retaliation under Title VII, together with her parallel remedies under the LEDL.

IT IS FURTHER ORDERED that defendant Ochsner LSU Health System of North Louisiana's motion to dismiss for failure to state a claim upon which relief can be granted [doc. # 5] is hereby GRANTED-IN-PART, DISMISSING:  1) WITHOUT PREJUDICE, plaintiff's claims against defendant that fall within the exclusive jurisdiction of the workers' compensation act; and 2) WITH PREJUDICE any remaining claim not specifically excepted above.

IT IS FURTHER ORDERED that defendant Ochsner LSU Health System of North Louisiana's alternative motion for more definite statement [doc. # 5] is DENIED.

Monroe, Louisiana, this 11th day of May, 2021.

_____
TERRY A. DOUGHTY
UNITED STATES DISTRICT JUDGE