UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

MONROE DIVISION

| | |
|---|---|
| **RENATA MARIE DAGGS** | **CIV. ACTION NO. 3:20-00440** |
| **VERSUS** | **JUDGE TERRY A. DOUGHTY** |
| **OCHSNER L. S. U. HEALTH SYSTEM OF NORTH LOUISIANA** | **MAG. JUDGE KAYLA D. MCCLUSKY** |

# J U D G M E N T

The Report and Recommendation of the Magistrate Judge [Doc. No. 32] having been considered, no objections thereto having been filed, and finding that same is supported by the law and the record in this matter,

**IT IS ORDERED, ADJUDGED, AND DECREED** that Defendant Ochsner LSU Health System of North Louisiana's motion for sanctions and for dismissal [Doc. No. 30] is **GRANTED** and that Plaintiff's complaint is hereby **DISMISSED** in its entirety pursuant to FED. R. CIV. P. 37(b) and/or 41(b).

Monroe, Louisiana, this 8th day of December 2021.

_____
TERRY A. DOUGHTY
UNITED STATES DISTRICT JUDGE